**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 4th day of January, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

**IN RE:**
   Joel Martin Palma
      SSN: XXX-XX-1423
   Alexandra Renee Palma
      SSN: XXX-XX-5848
            Debtors        Case No: 22-20548-13

### CHAPTER 13 TRUSTEE'S ORDER OF DISMISSAL

   **NOW,** at Kansas City, KS comes before the Court the above captioned matter. After reviewing the file, and being duly advised, the Court finds the Trustee has filed a Motion to Dismiss with notice and an opportunity for hearing if a response had been filed by January 02, 2024. That there having been no response filed, therefore, the above captioned case should be dismissed for the following reason(s):

   The Debtors have failed to maintain payments to the Trustee's office as required under 11 U.S.C. Section 1326.

   The Debtors Plan will exceed the allowed five year limitation from confirmation.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED the above captioned matter is dismissed WITHOUT prejudice.

Date: January 03, 2024

###

Prepared by:

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com