W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 22-20548-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Chapter 13 Case #: 22-20548-13  
Date of Filing: June 16, 2022

Joel Martin Palma  
Alexandra Renee Palma  
16247 S Killcreek Rd  
Gardner, KS 66030

IN RE:  
Joel Martin Palma  
Alexandra Renee Palma  
Debtors

## RECEIPTS
For the Period from 1/1/2023 through 1/5/2024

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 1/9/23 | $1500.00 | 1/24/23 | $1500.00 | 2/6/23 | $1500.00 | 2/22/23 | $1500.00 |
| 3/8/23 | $1500.00 | 4/3/23 | $3000.00 | 5/1/23 | $3000.00 | 6/1/23 | $3000.00 |
| 6/30/23 | $3000.00 | 8/7/23 | $3000.00 | 9/5/23 | $1500.00 | 9/18/23 | $1500.00 |
| 10/10/23 | $1000.00 | 10/25/23 | $500.00 | | | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $0.00 | 100.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | Joel Martin Palma | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | TODD S ABPLANALP | ATTORNEY FEE | $3,410.00 | 100.00 | $3,410.00 | 0.00 | $0.00 | $0.00 |
| 1 | NEBRASKA FURNITURE M | OTHER SECURED | $6,346.76 | 100.00 | $2,898.62 | 6.25 | $457.76 | $3,448.14 |
| 2 | NEBRASKA FURNITURE M | OTHER SECURED | $6,749.46 | 100.00 | $2,872.72 | 6.25 | $494.13 | $3,876.74 |
| 3 | CHASE BANK USA | UNSECURED | $6,222.64 | 100.00 | $0.00 | 0.00 | $0.00 | $6,222.64 |
| 4 | INTERNAL REVENUE SERV | PRIORITY | $19,788.74 | 100.00 | $0.00 | 0.00 | $0.00 | $19,788.74 |
| 5 | TD BANK USA, NA | UNSECURED | $3,421.59 | 100.00 | $0.00 | 0.00 | $0.00 | $3,421.59 |
| 6 | LVNV FUNDING | UNSECURED | $3,940.68 | 100.00 | $0.00 | 0.00 | $0.00 | $3,940.68 |
| 7 | CITIBANK, NA | UNSECURED | $1,529.26 | 100.00 | $0.00 | 0.00 | $0.00 | $1,529.26 |
| 8 | CITIBANK, N.A. | UNSECURED | $331.08 | 100.00 | $0.00 | 0.00 | $0.00 | $331.08 |
| 9 | TOYOTA MOTOR CREDIT | SECURED-910 CAR | $47,328.66 | 100.00 | $9,757.43 | 6.25 | $3,849.27 | $37,571.23 |
| 10 | TOYOTA MOTOR CREDIT | SECURED-910 CAR | $38,465.42 | 100.00 | $10,327.53 | 6.25 | $3,048.60 | $28,137.89 |
| 11 | CENTRAL NATIONAL BAN | MORTGAGE (OUTSIDE | $371,930.94 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 12 | SELECT PORTFOLIO SERV | ARREARS | $2,265.72 | 100.00 | $2,265.72 | 0.00 | $0.00 | $0.00 |
| 13 | US BANK HOME MORTGA | UNSECURED | $1,467.36 | 100.00 | $0.00 | 0.00 | $0.00 | $1,467.36 |
| 14 | QUANTUM3 GROUP LLC | UNSECURED | $151.15 | 100.00 | $0.00 | 0.00 | $0.00 | $151.15 |
| 15 | PORTFOLIO RECOVERY AS | UNSECURED | $1,775.19 | 100.00 | $0.00 | 0.00 | $0.00 | $1,775.19 |
| 16 | U.S. BANK NATIONAL ASS | UNSECURED | $5,302.43 | 100.00 | $0.00 | 0.00 | $0.00 | $5,302.43 |
| 17 | U.S. BANK NATIONAL ASS | UNSECURED | $2,770.12 | 100.00 | $0.00 | 0.00 | $0.00 | $2,770.12 |
| 18 | KANSAS DEPARTMENT OF | PRIORITY | $4,141.43 | 100.00 | $0.00 | 0.00 | $0.00 | $4,141.43 |
| 1004 | INTERNAL REVENUE SERV | UNSECURED | $73.02 | 100.00 | $0.00 | 0.00 | $0.00 | $73.02 |

W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 22-20548-13

| 1012 | SELECT PORTFOLIO SERV | MORTGAGE (OUTSIDE | $91,535.95 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 1018 | KANSAS DEPARTMENT OF | UNSECURED | $138.28 | 100.00 | $0.00 | 0.00 | $0.00 | $138.28 |
| 1112 | SELECT PORTFOLIO SERV | POSTPETITION MORT | $773.21 | 100.00 | $773.21 | 0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 1/9/2024

Receipts: $43,500.00  Paid To Claims: $40,154.99  Trustee's Fees Paid: $3,345.00  Funds On Hand: $0.01

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS