| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Joel Martin Palma |
| Debtor 2 (Spouse, if filing) | Alexandra Renee Palma |
| United States Bankruptcy Court for the: | District of Kansas |
| Case number | 22-20548 |

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Central National Bank  
**Court claim no. (if known):** 11

**Last 4 digits of any number you use to identify the debtor's account:** 4 0 4 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2023

**New total payment:**
Principal, interest, and escrow, if any: $ 2,344.79

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 642.32    New escrow payment: $ 789.79

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Joel Martin Palma | Case number (if known) 22-20548 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Aaron O. Martin
Signature

Date 07/11/2023

Print: Aaron O. Martin
First Name   Middle Name   Last Name

Title Attorney

Company Clark, Mize & Linville, Chtd.

Address 129 S. 8th Street
Number   Street

Salina   KS   67401
City   State   ZIP Code

Contact phone 785-823-6325

Email aomartin@cml-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of July, 2023, I electronically filed the above and foregoing *Notice of Mortgage Payment Change* using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

  I further certify that on the 11th day of July, 2023, I mailed a true and correct copy of the same by U.S. Mail, postage prepaid, first-class, addressed to the following:

  Joel M. Palma
  16247 S Killcreek Rd
  Gardner, Kansas 66030

  Alexandra R. Palma
  16247 S Killcreek Rd
  Gardner, Kansas 66030

            /s/ Aaron O. Martin
            Aaron O. Martin, #24170



**Central National Bank**
Money for Life
411 N NATIONAL AVE
PO BOX 40
SUPERIOR, NE 68978

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---|
| Analysis Date: | 06/23/23 |
| Loan Number: | ████4043 |
| Mortgagor Name: | JOEL PALMA |
| Customer Service: | 888-879-4450 |

Online Information: www.centralnational.com/mortgage
Email Address: mortgage@centralnational.com

RETURN SERVICE REQUESTED

000018
JOEL PALMA
ALEXANDRA R PALMA
16247 S KILL CREEK RD
GARDNER       KS  66030-7829

Each year Central National Bank reviews your escrow account to determine your new escrow payment. As you may know, we collect funds and hold them in your escrow account to pay property taxes, homeowner's insurance, flood insurance (if required), mortgage insurance premiums, loan guarantee fee or leasehold payment (if applicable) on your behalf. Below are answers to the most commonly asked questions we received about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new payment starting August 01, 2023?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $1,555.00 | $1,555.00 | $0.00 |
| Escrow | 642.32 | 703.88 | 61.56 |
| Shortage/Surplus | 0.00 | 85.91 | 85.91 |
| **Total Payment** | **$2,197.32** | **$2,344.79** | **$147.47** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled for submission in August to reflect the new payment listed above. If you are currently set up on ACH draft with Central National Bank, this new amount will automatically take effect with your August draft.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – The amount we collect to be held in your escrow account may change based on increases or decreases to your property taxes, homeowner's insurance, flood insurance (if required), mortgage insurance premiums, loan guarantee fee or leasehold payment (if applicable). The information below compares the amounts Central National Bank expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| CO TAX 1ST I | $3,196.65 | $3,458.60 | $261.95 |
| CO TAX 2ND I | $3,196.65 | $3,458.59 | $261.94 |
| HAZARD INS | $1,314.46 | $1,529.38 | $214.92 |
| **Total Annual Escrow Payments** | **$7,707.76** | **$8,446.57** | **$738.81** |
| **Escrow Payments** | **$642.32** | **$703.88** | **$61.56** |

**B. Repayment of Escrow Shortage or Surplus-** According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $1,407.76 in December. This means you have a _shortage_ of $1,030.93 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| $376.83 | minus | $1,407.76 | equals | ($1,030.93) |

---

Loan Number: ████4043
Name: JOEL PALMA
        ALEXANDRA R PALMA

Shortage Amount: $1,030.93

**ESCROW SHORTAGE**

The total shortage has been divided over the coming year and $85.91 will automatically be added to your payment beginning August 01, 2023.



Central National Bank
Money for Life
411 N NATIONAL AVE
PO BOX 40
SUPERIOR, NE 68978

JOEL PALMA  
ALEXANDRA R PALMA

Loan Number: 4043  
NEW PAYMENT EFFECTIVE DATE: August 01, 2023

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk(*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicated that the payment or disbursement has not yet occurred, but is estimated to occur as shown. **Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year. If you have questions please reach us at 1-888-879-4450.**

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference | |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | $1,845.41 | | | |
| August | | 703.88 | 0.00 | 2,549.29 | 1,407.76 | 1,141.53 | |
| September | | 703.88 | 0.00 | 3,253.17 | 1,407.76 | 1,845.41 | |
| October | | 703.88 | 0.00 | 3,957.05 | 1,407.76 | 2,549.29 | |
| November | HAZARD INS | 703.88 | 1,529.38 | 3,131.55 | 1,407.76 | 1,723.79 | |
| December | CO TAX 1ST I | 703.88 | 3,458.60 | 376.83 | 1,407.76 | **-1,030.93** | ** |
| January | | 703.88 | 0.00 | 1,080.71 | 1,407.76 | -327.05 | |
| February | | 703.88 | 0.00 | 1,784.59 | 1,407.76 | 376.83 | |
| March | | 703.88 | 0.00 | 2,488.47 | 1,407.76 | 1,080.71 | |
| April | | 703.88 | 0.00 | 3,192.35 | 1,407.76 | 1,784.59 | |
| May | CO TAX 2ND I | 703.88 | 3,458.59 | 437.64 | 1,407.76 | -970.12 | |
| June | | 703.88 | 0.00 | 1,141.52 | 1,407.76 | -266.24 | |
| July | | 703.88 | 0.00 | 1,845.40 | 1,407.76 | 437.64 | |

**Low Balance used to determine escrow surplus or shortage.  
Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | | Disbursements Estimate | Disbursements Actual | | Total Balance |
|---|---|---|---|---|---|---|---|---|
| **History** | Beginning Balance | | | | | | | $1,941.82 |
| August | | 642.32 | 1,284.64 | * | 0.00 | 0.00 | | 3,226.46 |
| September | | 642.32 | 0.00 | * | 0.00 | 0.00 | | 3,226.46 |
| October | | 642.32 | 642.32 | | 0.00 | 0.00 | | 3,868.78 |
| November | HAZARD INS | 642.32 | 0.00 | * | 1,314.46 | 1,529.38 | * | 2,339.40 |
| November | CO TAX 1ST I | 0.00 | 0.00 | | 0.00 | 3,458.60 | * | -1,119.20 |
| December | CO TAX 1ST I | 642.32 | 642.32 | | 3,196.65 | 0.00 | * | -476.88 |
| January | | 642.32 | 642.32 | | 0.00 | 0.00 | | 165.44 |
| February | | 642.32 | 0.00 | * | 0.00 | 0.00 | | 165.44 |
| March | | 642.32 | 1,926.96 | * | 0.00 | 0.00 | | 2,092.40 |
| April | CO TAX 2ND I | 642.32 | 0.00 | * | 0.00 | 3,458.59 | * | -1,366.19 |
| May | CO TAX 2ND I | 642.32 | 642.32 | | 3,196.65 | 0.00 | * | -723.87 |
| June | | 642.32 | 1,926.96 | E | 0.00 | 0.00 | E | 1,203.09 |
| July | | 642.32 | 642.32 | E | 0.00 | 0.00 | E | 1,845.41 |